MR

RECEIVED

AUG 2 2 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

RECEIVED

AUG 2 2 2011
Aug 22 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Germin Sims _____ ,

Plaintiff

vs.

County of Cook, Sgt. Turner C/o
Watson, Nurse Jane Doe #1,
Nurse Jane Doe #2, Tom Dart,
_____
_____
_____
_____
_____ ,

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

11 C 5788
Judge Suzanne B. Conlon
Magistrate Judge Arlander Keys

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Germial Sims

Prison Identification Number: M15063

Current address: P.O. Box 500 Vandalia Corr. Ctr.
Vandalia Ill. 62471

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Turner

Current Job Title: Sgt.

Current Work Address 2600 So. California
Chicago Ill 60608

Defendant #2:

Full Name: Watson

Current Job Title: C/O

Current Work Address 2600 So California
Chicago Ill 60608

Defendant #3:

Full Name: Jane Doe #1

Current Job Title: Nurse

2600 So. California
Chicago Ill 60608

2

Current Work Address _2600 So. CALiforiNA_
_Chicago Ill 60608_

Defendant #4:

Full Name: _Tom DArt_

Current Job Title: _~~Chief~~ Sheriff_

Current Work Address _2600 So. CALiforiNA_
_Chicago Ill 60608_

Defendant #5:

Full Name: _JANe Doc # 2_

Current Job Title: _Nurse_

Current Work Address _2600 So. CALiforiNA_
_Chicago Ill 60608_

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☑        No ☐

If yes, please describe _that Plaintiff was hurt At Cook County JAiL_
_And Refuse Medical Attention_

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑        No ☐

C. If your answer to B is yes, how many? _oNe_    Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number

   _Cook County Jail_

2. Basic claim made _Don't Remember_

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still pending?) _Dismissed_

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes  ☑   No  ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

   Yes  ☑   No  ☐

If your answer is no, explain why not _____

_____

C.  Is the grievance process completed?  Yes  ☑   No  ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  _"Cook County Jail" Div #2, Dorm #4_

4

Date(s) of the occurrence _____12/29/2009_____

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

1). On or About 12/29/2009 while in Div #2, Dorm #4 Plaintiff Along with other offender Address An unsafety issue that Arose from A Drain that was left unprotected without A Courage.

2). Plaintiff Along with other inmate's told C/O Watson that this Drainage was unprotected And unsafe. However, C/O Watson told Plaintiff that he could do Nothing About it, but to speak to Sgt turner whom could do something About this unsafe condiction,

3). Later that day Sgt turner Came to Dorm #4 At which time Plaintiff explained to Sgt turner that this Drainage was unsafe And unprotected without A Courage.

4). While explaining this situation to Sgt turner, C/O Watson Came up to us to which Plaintiff Ask C/O Watson to let Sgt turner Know About the Hazardous condiction on Dorm #4. However, C/O Watson And Sgt. turner both disregarded the Seriousness of the situation And Said that it Ain't going to hurt no one.

5). In fact Sgt turner And C/O Watson were Making Jokes About the Situation So At that time Plaintiff Ask C/O Watson Along with Sgt-turner if Plaintiff Could be Moved to More Safer environment.

6). Sgt turner Said no you Can't be Move unless your going to Confinement or on your Death bed.

7). About 2 to 3 hours later the unthinkable happen Sheriff Tom Dart Came on A walk Around with other officials At which time Plaintiff Stop Tom Dart And express to him that Dorm #4 had A unsecure

Drainage that Should be Cover, However, At the Same time Plaintiff explained that Plaintiff brough this Matter to C/o Watson, Sgt Turner then Dart Stated that he had More important Matter to Attend to at this time.

8). its Very Clear At Moment that Neither Tom Dart, Nor Sgt Turner or C/o Watson was going to do Any thing About this Situation Neverthless Later that day Plaintiff Filed A Grievance in A Attempt to get Some help into this Situation, But didn't No one Reply or help.

9). A Couple of days Later on 12/29/2009 while Preparing for A Shower Plaintiff Cut his feet badly on that Same Drainage that Plaintiff Requested help with through C/o watson, Sgt turner, And Sheriff Tom Dart.

10). After Plaintiff Cut his feet on that Drainage Plaintiff was taken to Cermak Hosp. for Medical Attention at that time Nurse Jane Doe #1 Prescription Medication, but failed to take X-Rays or Provide Plaintiff With A testanus Shot that Plaintiff Requested.

11). Nurse Jane Doe #1 did Prescript Some Pain Pills And Antibiotics which Plaintiff Never Received.

12). After Returning to dorm #4 Plaintiff file A Grievance into this Matter but got No Reply, infact, Plaintiff Showed Nurse Jane Doe #2 the Prescription that was wrote out for him on A Medical Slip.

13). Sometime Later After Returning back to Dorm #4 from Cermak Hosp. Plaintiff began Later that evening to till Pain when i try to walk Around Any where.

14). Plaintiff was Suffering Pain everyday for More than 2 mos off And on, Plaintiff has Attempted to Attained to Address this Matter At the County Jail Level but to Know Prevail Some Now I'Am force to Come to the U.S. District Court for Releif.

15). Plaintiff has Attempted to Contact Counsel, but has been unsuccessful on 3 different occasions, however, no firm has wrote Plaintiff back in responds to this matter.

16). Tom Dart, ████████, Sgt Turner, C/o Watson, Nurse Jane Doe #1 Nurse Jane Doe #2 were acting under the color of state law at all times in this complaint. each defendant's are being sued in their individual capicity and their official capicity.

17). Each defendant should have know that their actual would have violated the Plaintiff United States Constitional Right's and Illinois Constitutionals Rights.

Count #1 is failer to protect safety, Count #2 failer to provide medical needs, and Deliberate indifference to serious medical conviction. failer to provide a safe environment Count #3 willful misconduct, unwanted conduct, misuse of authoirty, Due Process violations. one through #16 is inserted in each count against the defendants in this action.

Plaintiff has two years to refile the Right's defendant's that violated Plaintiff Due Process, I have figure out who and how the defendant's has violated my Rights

Plaintiff Requested that the Court's allow Plaintiff correct the issues in my complaint and that I'm allow to move forward in light of justice and that I still prolonging suffering at this time.

RELIEF REQUESTED

(State what relief you want from the court.)

1). Plaintiff would like to be Awarded Compensatory Damages

in the total sum of $100,000. Punitive Damages in the total sum of $25,000 Against each individual as his offical and individual capicity. 2), Award court cost And Attorney fees. 3). Award for pain And suffering 4) Award Anything else this court deem just.

JURY DEMAND          Yes ☒          No ☐

Signed this _JuLy_ day of _____, 20 _11_.

_Germin Sims_

( Signature of Plaintiff )

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| _Germin Sims_ | M150063 |
| Address: Vandalia C. C<br>P. O Box 500<br>Vandalia Ill 62471 | Telephone Number: |